No. 07-14-00281-CR

| | | |
|---|---|---|
| Teddie Davenport<br>  Appellant | § | From the 77th District Court<br>  of Limestone County |
| | § | |
| v. | | April 13, 2015 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Justice Hancock |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated April 13, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o